AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17cv2710 JPM/dkv

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ADT, LLC d/b/a ADT SECURITY SERVICES
was received by me on *(date)* 09/25/2017

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CT Corporation System , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* 9/26/17 @ 3pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
For contact: Donna Moch, Senior Corporate Operations Manager

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/27/17

Server's signature

Murray Deal
Printed name and title

Investigative Services Of Tampa
P. O. Box 272638
Tampa, Florida 33688
Server's address

Additional information regarding attempted service, etc: